**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Interview, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **13-3529876** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **110 Greene Street** <br> **2nd Floor** <br> **New York, NY 10012** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    **www.Interviewmagazine.com**

**6.    Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Interview, Inc.** _____    Case number (*if known*) _____
　　　　　　Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
　　See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor    **See Attachment** | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Interview, Inc.**                                    Case number (*if known*) _____
         Name

---

**11.  Why is the case filed in**          *Check all that apply:*
      ***this district?***

      �&#9632;  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
            preceding the date of this petition or for a longer part of such 180 days than in any other district.

      ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**   �&#9632; No
      **have possession of any**   ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**        **Why does the property need immediate attention?** (*Check all that apply.*)

                                    ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                        What is the hazard?  _____

                                    ☐  It needs to be physically secured or protected from the weather.

                                    ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                    ☐ Other  _____

                                    **Where is the property?**  _____
                                                                  Number, Street, City, State & ZIP Code

                                    **Is the property insured?**

                                    ☐ No
                                    ☐ Yes.   Insurance agency   _____

                                             Contact name      _____

                                             Phone             _____

---

&#9632; **Statistical and administrative information**

---

**13.  Debtor's estimation of**     .    *Check one:*
      **available funds**
                                    ☐  Funds will be available for distribution to unsecured creditors.

                                    &#9632;  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**      ☐ 1-49                      ☐ 1,000-5,000              ☐ 25,001-50,000
      **creditors**               ☐ 50-99                     ☐ 5001-10,000              ☐ 50,001-100,000
                                   ☐ 100-199                   ☐ 10,001-25,000            ☐ More than100,000
                                   &#9632; 200-999

---

**15.  Estimated Assets**         &#9632; $0 - $50,000            ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                                   ☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                                   ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                                   ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million  ☐ More than $50 billion

---

**16.  Estimated liabilities**    ☐ $0 - $50,000             &#9632; $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
                                   ☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                                   ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                                   ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million  ☐ More than $50 billion

---

Debtor    **Interview, Inc.**    Case number (*if known*) _____
         Name

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2018**
               MM / DD / YYYY

**X** **/s/ Kelly Brant** _____         **Kelly Brant** _____
Signature of authorized representative of debtor          Printed name

Title    **President** _____

**18. Signature of attorney**

**X** **/s/ Sanford P. Rosen** _____         Date    **May 21, 2018** _____
Signature of attorney for debtor                                MM / DD / YYYY

**Sanford P. Rosen (SR-4966)** _____
Printed name

**Rosen & Associates, P.C.** _____
Firm name

**747 Third Avenue**
**Floor 20**
**New York, NY 10017-2803** _____
Number, Street, City, State & ZIP Code

Contact phone    **(212) 223-1100** _____    Email address    **srosen@rosenpc.com** _____

**(SR-4966) NY** _____
Bar number and State

Debtor    **Interview, Inc.**
          Name                                                                    Case number (*if known*)

| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number (*if known*)                    Chapter    **7** |

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **BMP Media Holdings, LLC** | | | Relationship to you | **Parent** |
| --- | --- | --- | --- | --- | --- |
| District | **Southern District of New York** | When | **5/21/18** | Case number, if known | |
| Debtor | **Brant Publications, Inc.** | | | Relationship to you | **Indirect parent** |
| District | **Southern District of New York** | When | **5/21/18** | Case number, if known | |

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS
## OF
## INTERVIEW, INC.

Pursuant to Section 141(f) of the Delaware General Corporation Law:

The undersigned, being all of the Directors of **INTERVIEW, INC.**, a Delaware corporation (the "**Corporation**"), effective this 21st day of May, 2018, hereby approve and consent to the adoption of each and every of the following resolutions, and each of same are hereby severally adopted, approved, ratified and confirmed, and any and all action of every kind taken or to be taken by any of the officers and directors of the Corporation, pursuant to any such resolution, action, decision, or authorization, be, and it hereby is authorized, adopted, approved, ratified and confirmed:

WHEREAS, the Corporation is insolvent and unable to pay its debts as they mature; and

WHEREAS, it would be in the best interests of creditors for the Corporation to file a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

NOW, THEREFORE, BE IT RESOLVED, that the Corporation file as soon as practicable a bankruptcy in accordance with chapter 7 of the United States Bankruptcy Code.

RESOLVED, that Kelly Brant, the President of the Corporation, and any other person designated and so authorized to act (each, an "**Authorized Officer**") be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to execute and verify a petition under chapter 7 of the United States Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time as the Authorized Officer executing the petition shall determine; and it is further

RESOLVED, that the law firm of Rosen & Associates, P.C., 747 Third Avenue, New York, NY 10017-2803, is hereby employed as attorneys for the Corporation in the Corporation's chapter 7 case; and it is further

RESOLVED, that any Authorized Officer be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Corporation's chapter 7 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that each Authorized Officer be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation to: (i) negotiate, execute, deliver and/or file, in addition to the agreements, documents, and instruments referenced herein, such other agreements, documents and instruments and assignments thereof as may be required

or as such Authorized Officer deems appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Corporation in such form and substance as such Authorized Officer may approve, together with such changes and amendments to any of the terms and conditions thereof as such Authorized Officer may approve, with the execution and delivery thereof on behalf of the Corporation by or at the direction of such Authorized Officer to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Corporation any and all agreements, documents, certificates, consents, filings, and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such Authorized Officer deems appropriate or advisable in connection therewith, and (iii) do such other things as may be required, or as may in such Authorized Officer's judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby; and it is further

RESOLVED, that each Authorized Officer be, and each hereby is, authorized and empowered on behalf of and in the name of the Corporation to execute such consents of the Corporation as such Authorized Officer considers necessary, proper, or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and it is further

RESOLVED, that any and all past action heretofore taken by an Authorized Officer of the Corporation in the name and on behalf of the Corporation in furtherance of any or all of the preceding resolutions be, and the same hereby is, ratified, confirmed, and approved.

RESOLVED, that this Written Consent may be executed in any number of counterparts, and each such counterpart shall for all purposes be deemed an original, and all such counterparts shall for all purposes constitute one Written Consent notwithstanding that the directors have not executed the same counterpart.

RESOLVED, that the delivery to the Corporation of a facsimile transmission of an executed original hereof, and/or the retransmission of any executed facsimile transmission hereof shall be deemed to be the same as delivery of an executed original.

*[Signature Page Follows]*

2

IN WITNESS WHEREOF, the undersigned have executed this Written Consent of the
Board of Directors of Interview, Inc., effective as of the date first above written.

Peter M. Brant

Christopher Brant

3

# United States Bankruptcy Court
## Southern District of New York

In re    **Interview, Inc.** _____    Case No. _____

Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 21, 2018** _____    **/s/ Kelly Brant** _____

**Kelly Brant**/**President**
Signer/Title

1 HOTEL SOUTH BEACH
2341 COLLINS AVENUE
MIAMI BEACH, FL 33139


1 MODEL MANAGEMENT
42 BOND STREET
#2
NEW YORK, NY 10012


2B MANAGEMENT
8 RUE NOTRE DAME DE LORETTE
75009 PARIS
FRANCE


408 W 15 MEMBERS LLC
KOLA HOUSE
408 W 15TH STREET
NEW YORK, NY 10011


ACROSS MEDIA PRODUCTIONS
1 DEKALB AVENUE
BROOKLYN, NY 11201


ADI GROUP
4049 120TH ST
PO BOX 42307
URBANDALE, IA 50323


AETNA
P.O. BOX 804735
CHICAGO, IL 60680


AGENCY BE
ATTN: FRANCISCO VARGAS
4443 NW 2ND AVENUE
MIAMI, FL 33127


ALBERTA ROC INC
40 WEST 135TH STREET
APT 9B
NEW YORK, NY 10037


ALEX CHAPMAN
85 KINGSTON AVE #2L
BROOKLYN, NY 11213

ALEXANDER WEISS
23 CLINTON ST
#5B
NEW YORK, NY 10002


ALICE WHITWHAM
404 WASHINGTON
APT. 2R
BROOKLYN, NY 11238


ALPHONSE PIERRE
25 RACHEL CT
STATEN ISLAND, NY 10310


ANA VELASCO
TAINE 223 APT 301
COL POLANCO
11550 MEXICO D.F
MEXICO


ANDREW MUKAMAL
126 E 61ST STREET
# UPPER DUPLEX   NEW YORK
NY 10065


ANDREW MUKAMEL
126 E 61ST STREET
# UPPER DUPLEX
NEW YORK, NY 10065


ANGELA LEDGERWOOD
35 SOUTH PORTLAND AVENUE
APT # 4
BROOKLYN, NY 11217


ANNA GRAY
99 AVENUE B #1B
NEW YORK, NY 10009


ARMAND HAMMER MUSEUM
CURATORIAL DEPT
10899 WILSHIRE BLVD
LOS ANGELES, CA 90024

ART AND COMMERCE
531 WEST 25TH STREET
4TH FLOOR
NEW YORK, NY 10001


ART GALLERY OF ONTARIO
MUSEE DES BEAUX-ARTS DE 1'ON
317 DUNDAS ST.W
TORONTO ON M5T1G4
CANADA


ART HOUSE AGENCY LTD
70 ROCHESTER PLACE
LONDON NW19JX
UNITED KINGDOM


ART PARTNER INC
1 DEKALB AVENUE
4TH FLOOR
BROOKLYN, NY 11201


ART RESOURCE
536 BROADWAY
5TH FLOOR
NEW YORK, NY 10012


ARTHUR IVAN BRAVO
254 MACDOUGAL STREET
APT 2
BROOKLYN, NY 11233


ARTISTRY PRODUCTION LTD
UNIT 101.4 MARE STREET STUDIOS
203-213 MARE STREET
LONDON E8 3QE


ASHLEY HOFFMAN
800 CORTELYOU ROAD
APT. 7J
BROOKLYN, NY 11218


ASHLEY PRUITT
139 NORTH 10TH ST
STE 3C
BROOKLYN, NY 11249

ASSOCIATED PRESS
450 WEST 33RD STREET
NEW YORK, NY 10001


ATELIER MANAGEMENT
529 S. BROADWAY STE 305
LOS ANGELES, CA 90013


AURORA JAMES
290 GREENE AVENUE
APT 2
BROOKLYN, NY 11238


BARON & BARON INC
435 HUDSON STREET
5TH FLOOR
NEW YORK, NY 10014


BEAUMONT COMMUNICATIONS
189-190 SHOREDITCH HIGH STREET
UNIT 2
LONDON E1 6HU
UNITED KINGDOM


BELLA AGENCY LLC
270 LAFAYETTE STREET
SUITE 802
NEW YORK, NY 10012


BERKOWITZ, TRAGER & TRAGE
8 WRIGHT STREET
2ND FLOOR
WESTPORT, CT 06880


BF BARON & BARON INC
435 HUDSON STREET
5TH FLOOR
NEW YORK, NY 10014


BIG BEAR MEDIA
425 14TH STREET #D3
BROOKLYN, NY 11215

BLACK ROMAN STUDIO INC
60 BROADWAY APT 4K
ATTN: RAF STAHELIN
BROOKLYN, NY 11249


BOBBY REDD
223 BEDFIRD AVENUE
STE 414
BROOKLYN, NY 11211


BONI & BONI, INC
234 GRAND STREET #3
BROOKLYN, NY 11211


BOX SERVICES LLC
267 DOUGLASS ST.
BROOKLYN, NY 11217


BRACHFELD NY
401 BROADWAY
SUITE 1707
NEW YORK, NY 10013


BRIAN MOYLAN
27 1/2 ESSEX ST #8
NEW YORK, NY 10002


BRIDGEMAN IMAGES
274 MADISON AVENUE
STE 1604
NEW YORK, NY 10016


BRITTANY BUTLER
2027 SE 10TH AVENUE
FORT LAUDERDALE, FL 33316


BRYAN KLUGE


BRYN LOVITT
1702 STANHOPE ST
APT 2F
RIDGEWOOD, NY 11385

BYCO GROUP INC
PRINT ALL OVER ME
230 5TH AVENUE
SUITE 1107
NEW YORK, NY 10001


CAMERA EYE LTD
24-26 BROWNLOW MEWS
LONDON WC1N 2LA
UNITED KINGDOM


CAMILLA MCMAHON


CANOE STUIOS
601 WEST 26TH STREET
SUITE 1465
NEW YORK, NY 10001


CARL ASQUINI
117 CHRISTOPHER ST #12
NEW YORK, NY 10014


CEDAR PASORI
1410 NW KEARNEY ST #716
PORTLAND, OR 97209


CHRIS BOALS ARTISTS INC
307-7TH AVENUE SUITE 2207
NEW YORK, NY 10001


CHRIS TINKHAM
3315 TARECO DRIVE
LOS ANGELES, CA 90068


CHRISTIAN FERRETTI
2 NORTHSIDE PIERS
#15A
BROOKLYN, NY 11249


CHRISTOPHER KLIMOVSKI
142 CRAMER ST., PRESTON WEST
3072 MELBOURNE VIC
AUSTRALIA

CHRISTOPHER MAKOS
20 WEST 20TH STREET
STUDIO 1104
NEW YORK, NY 10011


CHRISTY RILLING STUDIO
325 W. 38TH STREET
SUITE 205
NEW YORK, NY 10018


CHROME HEARTS LLC
915 N MANSFIELD AVENUE
LOS ANGELES, CA 90038


CHUCK AGENCY, LLC
42 WEST ST
SUITE 401
BROOKLYN, NY 11222


CLICK MODEL MANAGEMENT IN
129 WEST 27TH STREET
12TH FLOOR
NEW YORK, NY 10001


CONTACT INC
527 WEST 29TH STREET
4TH FLOOR
NEW YORK, NY 10001


COPYRIGHT OFFICE


CORKSCREW STUDIO LTD
205 N 9TH STREET #7C
BROOKLYN, NY 11211


CREATIVE AND PARTNERS INC
NEUEHOUSE
110 E 25TH STREET
NEW YORK, NY 10010


CROZIER FINE ARTS
525 WEST 20TH STREET
NEW YORK, NY 10011

CRYSTAL VALET, INC
616 WEST COLLEGE STREET
LOS ANGELES, CA 90012


CURTIS KNAPP
1456 N GALVEZ STREET
NEW ORLEANS, LA 70119


D&V MANAGEMENT LLC
584 BROADWAY ,      SUITE 1107
NEW YORK, NY 10012


DAN THAWLEY
10 RUE BARBETTE
75003 PARIS
FRANCE


DANIEL CAVAZOS
4208 BURNEY DR
AUSTIN, TX 78731


DANIEL RAGONE
315 W 23RD ST #8E
NEW YORK, NY 10011


DAVID DE QUEVEDO
163 WEST 4TH STREET
APT 4R
NEW YORK, NY 10014


DE FACTO, INC.
15 WEST 26TH STREET
5TH FLOOR
NEW YORK, NY 10010


DEBORAH BLASUCCI


DIGITAL PROJECT LLC
188 PRESIDENT STREET
BROOKLYN, NY 11231


DNA MODEL MANAGEMENT LLC
555 WEST 25TH STREET, 6TH FL
NEW YORK, NY 10001

```
DOUGLAS GREENWOOD
18 KEIR STREET
BRIDGE OF ALLAN
STIRLINGSHIRE  FK9 4AY
UNITED KINGDOM


DS STUDIO LLC
239 N 5TH STREEET
FRONT HOUSE 2
BROOKLYN, NY 11211


DUST STUDIOS LA INC
920 N FORMOSA AVE
LOS ANGELES, CA 90046


DYLAN MCDERMOTT
1700 AMBRIDGE ROAD
DAYTON, OH 45459


EDICIONES ZETA, S.A
421 DEGRAW STREET
APT LLK
BROOKLYN, NY 11217


EDWIN HOUGHTON
963 KENT AVENUE
APT E1
BROOKLYN, NY 11205


EIGER
59 FRANKLIN STREET
#208
NEW YORK, NY 10013


ELITE MODEL MANAGEMENT
19 AVENUE GEORGES V
75008 PARIS
FRANCE


ERICA RUSSELL
661 ABBINGTON DR
APARTMENT J16
HIGHTSTOWN, NJ 08520
```

```
ERIKA OKVIST
40 HIGHTREES HOUSE
SW12 8AQ   LONDON
UNITED KINGDOM


ERNEST A. LIBERATI
23 WEST 68TH STREET
NEW YORK, NY 10023


EVERETT COLLECTION, INC
225 WEST 35TH STREET
14TH FLOOR
NEW YORK, NY 10001


EVERETT COLLECTION, INC.
225 WEST 35TH STREET
14TH FLOOR
NEW YORK, NY 10001


EXPOSURE NEW YORK
560 BROADWAY
SUITE 407
NEW YORK, NY 10012


FABIEN BARON
435 HUDSON STREET
5TH FLOOR
NEW YORK, NY 10014


FELICITY CARTER


FILMTRADE EQUIPMENT RENTA
204 VAN DYKE STREET
BROOKLYN, NY 11231


FORD MODELS INC.
57 WEST 57TH STREET
PENTHOUSE
NEW YORK, NY 10019


FRANK SUN
50 EAST 1ST STREET
APT # 2
NEW YORK, NY 10003
```

FRANK TERRY JR.
1775 MENTONE AVENUE
PASADENA, CA 91103


FRIGIERE BARBARA


FUNKSHION LLC
1935 WEST AVENUE
SUITE 206
MIAMI BEACH, FL 33139


GEORGE SILVER
432 BOVINA ROAD
BOVINA CENTER, NY 13740


GEORGIA ZEAVIN
ATTN: MONICA NGUYEN
49 COLONIAL DRIVE
TINTON FALLS, NJ 07753


GETTY IMAGES INC.
P.O. BOX 953604
SAINT LOUIS, MO 63195-3604


GLOSS
28 W 25TH ST
FL 12
NEW YORK, NY 10010


GOLD KEY MEDIA
TAVISTOCK ROAD
WEST DRAYTON
MIDDLESEX UB7 7QE


GOODMAN-GABLE-GOULD


GRANGER HISTORICAL PICTUR
25 CHAPEL STREET
SUITE 605
BROOKLYN, NY 11201

GRANT DELIN, INC
20 WEST 20TH ST
STUDIO 606
NEW YORK, NY 10011


GREAT BOWERY UK LIMITED
53-55 SCRUTTON STREET
LONDON EC2A 4PJ
UNITED KINGDOM


HALEY WEISS
903 ST. JOHNS PL, APT 1D
BROOKLYN, NY 11216


HANS HAMMARSKIOLD HERITAG
C/O HAMMARSKIOLD
TOMTEBOGATAN 22
S-113 38 STOCKHOLMD


HASHTAG LABS INC
ATTN: JOHN SHANKMAN
222 BROADWAY, 19TH FLOOR
NEW YORK, NY 10038


HEST INC
224 CENTRE ST #402
NEW YORK, NY 10013


HOGAN LOVELLS US LLP
875 THIRD AVENUE
NEW YORK, NY 10022


HOTEL SAINT GEROGE
PO BOX 1752
MARFA, TX 79843


IAN VOLNER
90 EDGECOMBE AVE.
#51
NEW YORK, NY 10030


ICONOCLAST IMAGE
79 RUE DU FAUBOURG
POISSONNIERE 75009
PARIS
FRANCE

ILANA KAPLAN
201 JOHNSON AVENUE
APT # 3L
BROOKLYN, NY 11206


ILLYSE SINGER
428 GRAND ST
# 2F
BROOKLYN, NY 11211


IMG MODELS, LLC
304 PARK AVENUE SOUTH
PENTHOUSE NORTH
NEW YORK, NY 10010


INDUSTRIA SUPERSTUDIO OVE
775 WASHINGTON STREET
NEW YORK, NY 10014


JANE F. KATZ
47 EAST 88TH STREET  APT 12D
NEW YORK, NY 10128


JANETTE BECKMAN
30 BOND STREET
3RD FLOOR
NEW YORK, NY 10012


JASON KIBBLER INC
74 S 1ST STREET
BROOKLYN, NY 11249


JEENA SHARMA
301 HEENA CASTLE,
OPPOSITE PANGAT RESTAURANT
BORIVALI EAST  MUMBAI- 400066


JEFF HENRIKSON STUDIO INC
407 HUMBOLDT ST
APARTMENT 6
BROOKLYN, NY 11211


JENNIFER PIEJKO
2233 1/4 EFFIE STREET
LOS ANGELES, CA 90026

JENNIFER SIRISUK
87 KINGSLAND AVE
APT # 2
BROOKLYN, NY 11222


JENNIFER SKY
P.O. BOX 2434    STUART, FL
STUART, FL 34995


JENNIFER SWANN
1926 WHITLEY AVENUE
APT 25
LOS ANGELES, CA 90068


JENNY WALTON
240 CENTRE ST, APT 6M
NEW YORK, NY 10013


JERILYN JORDON COOK
2313 EVALINE
HAMTRAMCK, MI 48212


JERMAINE FRANCIS PHOTOGRA


JOCELYN SILVER
93 MADISON STREET
APT 6B
NEW YORK, NY 10002


JOHANNA LI
237 E 20TH STREET
APT # 3B
NEW YORK, NY 10003


JOHN TAYLOR
2056 W. CULLERTON
CHICAGO, IL 60608


JOSH JONES
50 WILLES ROAD
LONDON NW5 3DL
UNITED KINGDOM

JULIA YEPES
288 MCGUINNESS BLVD
APT 2
BROOKLYN, NY 11222


JULIE BAUMGARDNER
79 MOTT STREET #6
NEW YORK, NY 10013


JULIE BOUKOBZA
32 RUE MELINGUE
75019 PARIS FRANCE


KAITLIN PHILLIPS


KARLA OTTO INC
545 WEST 25TH STREET
FLOOR 12
NEW YORK, NY 10001


KATHERINE E CUSUMANO
17 GREENE STREET
APT 6
NEW YORK, NY 10013


KELSEY MCCLELLAN
2100 GREAT HIGHWAY
SAN FRANCISCO, CA 94116


KERRY MCCABE
553 17TH STREET
APARTMENT 1L
BROOKLYN, NY 11215


KIRCHHOFF STUDIOS LLC
5126 HERMOSA AVENUE
LOS ANGELES, CA 90041


KITTEN
53, RUE DE TURENNE
75003 PARIS 03
FRANCE

```
LA STATION, LLC
432 PARK AVENUE SOUTH
NEW YORK, NY 10016


LACOMBE INC.
7 ESSEX STREET
NEW YORK, NY 10002


LADAS & PARRY LLP
1040 AVENUE OF THE AMERICAS
NEW YORK, NY 10018


LARS NORD STUDIO, INC.
203 WEST 23RD STREET
4TH FLOOR
NEW YORK, NY 10011


LAUREN BRIDDELL INC


LAUREN DOWN
16 EVELYN COURT
EVELYN WALK
LONDON N1 7P5
UNITED KINGDOM


LAURENT TOURONDEL HOSPITA
851 AVENUE OF THE AMERICAS
NEW YORK, NY 10001


LE BASQUE, INC.
4652 SW 74TH AVENUE
MIAMI, FL 33155


LE CAR 1 LLC
2064 20TH STREET
ASTORIA, NY 11105


LEA WEATHERBY
113 N 8TH ST, 1R
BROOKLYN, NY 11211
```

LINDSEY RHOADES
425 STOCKHOLM STREET
APT # 2
BROOKLYN, NY 11237


LISA BUDNICK
800 WASHINGTON ROAD
GROSSE POINTE    MI 48230


LOMBARDI'S
32 SPRING STREET
NEW YORK, NY 10012


LOUIS FEVOLA
34 POWERS ST
BROOKLYN, NY 11211


LUDIVINE POIBLANC


MACONOCHIE
4 MEARD STREET
LONDON W1F OEF, UK


MAJOR MODEL MANAGEMENT
419 PARK AVE. SOUTH
SUITE 1201   NEW YORK
NEW YORK, NY 10016


MANAGEMENT+ARTIST+ORGANIZ
520 W 27TH ST
SUITE 901
NEW YORK, NY 10001


MARY HOWARD STUDIO LLC
80 RICHARDS STREET
SUITE 201
BROOKLYN, NY 11231


MASTERPIECE INTERNATIONAL
39 BROADWAY SUITE 1410
NEW YORK, NY 10006

MATHIAS ROSENZWEIG
1143 DEKALB AVENUE
APT #2J
BROOKLYN, NY 11221


MAXIME POIBLANC STUDIO IN
38 DELANCEY STREET
# 12C
NEW YORK, NY 10002


MAXWELL BURNSTEIN
UNIT 310-560 KING ST WEST
TORONTO, ONTARIO M5V1M3
CANADA


MAYA SINGER
87 BAXTER STREET, #1
NEW YORK, NY 10013


MELANIE DUNEA LTD
101 LEONARD STREET
#9F
NEW YORK, NY 10013


MELISSA GIANNINI
419 SIMPSON PLACE
PEEKSKILL, NY 10566


MEREDITH CORPORATION
1716 LOCUST STREET
DES MOINES, IA 50309


METROPOLITAN MODELS
UN DEPARTEMENT DE METROPOLITAN
37 BIS AVENUE D'IENA
75016 PARIS
FRANCE


MHS ARTISTS LLC
80 RICHARDS STREET
BROOKLYN, NY 11231

MICHAEL BIRT
THE GRAIN LOFT
65 WESTER ROAD
LEWES, EAST SUSSEX BN7 1RS
UNITED KINGDOM


MICHAEL CARROLL


MILK STUDIOS
450 WEST 15TH ST.
8TH FLOOR
NEW YORK, NY 10011


MINI TITLE INC
68 JAY STREET, SUITE 301
BROOKLYN, NY 11201


ML CASTING INC
272 FIRST AVENUE
#12D
NEW YORK, NY 10009


MODESTA DZIAUTAITE
54 ST. BARNABAS ROAD
WOODFORD GREEN
IG8 7DB
UNITED KINGDOM


MOLLY BALLANTINE
1344 CHAUTAUQUA BLVD
PACIFIC PALISADES, CA 90272


MSA MODELS
200 WEST 41ST STREET
STE 1000
NEW YORK, NY 10036


MUSEO VAULT
ATTN: KRYSTAL ANDREU
346 NW 29 STREET
MIAMI, FL 33127


NATIONAL GEOGRAPHIC CREAT
PO BOX 417120
BOSTON, MA 02241

NEW YORK MODEL MANAGEMENT
596 BROADWAY
SUITE 701
NEW YORK, NY 10012


NEWSCOM SERVICES INC
375 CHIPETA WAY SUITE B
SALT LAKE CITY, UT 84108-1261


NO AGENCY NEW YORK LLC
325 W 45TH STREET  #811
NEW YORK, NY 10036


NORTH SIX, INC.
176 GRAND ST., 5TH FL
NEW YORK, NY 10013


NYC MARSHAL STEPHEN W BIE


OLIVER ABRAHAM
SEDANSTR. 27
50668 COLOGNE
GERMANY


OSEPH KLARL
15 CONCORD ROAD
FISHKILL, NY 12524


PARTS MODELS, LLC
7529 FDR STATION
NEW YORK, NY 10150


PATRICK DEMARCHELIER INC
1 WEST 81ST STREET
#10D
NEW YORK, NY 10024


PATRICK MCMULLAN CO., INC.
321 WEST 14TH STREET, #BM
NEW YORK, NY 10014-5019


PATRICK MCMULLEN
321 WEST 14TH STREET
NEW YORK, NY 10014

PATRICK RYAN
C/O GREIF  , 500C GRAND STREET
#1E
NEW YORK, NY 10002


PAULINE L'HERBETTE
71 THOMPSON STREET
#5D
NEW YORK, NY 10012


PEN & PRUE PRODUCTIONS
43 RAINEY STREET #1205
AUSTIN, TX 78701


PIER 59 STUDIOS
CHELSEA PIERS
PIER 59 - SECOND FLOOR
NEW YORK, NY 10011


PR DEPT
6363 WILSHIRE BLVD
SUITE 202
LOS ANGELES, CA 90048


PRINT & CONTACT
28 MARCY AVENUE
1ST FLOOR
BROOKLYN, NY 11211


PROCIRC, LLC
PO BOX 90002
PRESCOTT, AZ 86304-9002


PSAV PRESENTATION SERVICE
23918 NETWORK PLACE
CHICAGO, IL 60673


PUBLISHERS PRESS
PO BOX 37500
LOUISVILLE, KY 40233


QUE MANAGEMENT INC
354 BROADWAY
NEW YORK, NY 10013

R   CAMERON MCCOOL
1427 MOHAWK ST
LOS ANGELES, CA 90026


RACHEL ELLISTON PHOTOGRAP
41 UNION SQUARE WEST
#937
NEW YORK, NY 10003


RACHEL HODIN
390 WYTHE AVENUE
APT 7D
BROOKLYN, NY 11211


RACHEL HURN
60 EAST  9TH STREET
336
NEW YORK, NY 10003


RAUL ZEVALLOS
2700 CAHUENGA BLVD  EAST
#4115
LOS ANGELES, CA 90068


RECEIVER GENERAL
CANADA CUSTOMS & REVENUE AGENC
275 POPE ROAD,  SUITE 103
SUMMERSIDE PE, C1N6A2
CANADA


RED HOOK LABS PBC
133/135 IMLAY STREET
BROOKLYN, NY 11231


RED MODEL MANAGEMENT
302 WEST 37TH STREET
3RD FLOOR
NEW YORK, NY 10018


REX FEATURES LTD
3RD FLOOR COUNTING HOUSE
HAYS GALLERIA
51-57 TOOLEY STREET
UNITED KINGDOM

ROBERT MASSMAN LLC
1152 DEAN STREET # 2
BROOKLYN, NY 11216


ROSCO PRODUCTION INC
85 BROAD STREET
29TH FLOOR
NEW YORK, NY 10004


ROSSI JORIS
36 RUE BLANQUI
93400 ST OUEN


RR DONNELLEY
PO BOX 842307
BOSTON, MA 02284-2307


RYAN DONNELLY
40 EAST 3RD ST., APT. #5
NEW YORK, NY 10003


SAMUEL WALKER
801 EAST AVENUE B
ALPINE, TX 79830


SARAH HERRINGTON
150 E 7TH STREET
#5D
NEW YORK, NY 10009


SCHMIDT PRINTING INC.
SDS 12-0832
P.O. BOX 86
MINNEAPOLIS, MN 55486-0832


SCOUT SABO
10 SPRING STREET # 2
NEW YORK, NY 10012


SDS GLOBAL LOGISTICS INC.
37-18 57TH STREET
WOODSIDE, NY 11377

SERLIN ASSOCIATES INC
73 SPRING STREET
# 408
NEW YORK, NY 10012


SHAWN BRACKBIL PHOTOGRAPH
156 DUPONT ST
APT. 4R
BROOKLYN, NY 11222


SHOOTING STAR COACHES INC
99 JORALEMON STREET
SUITE 2A
BROOKLYN, NY 11201


SILENT MODELS USA LLC
127 W 26TH STREET SUITE 502
NEW YORK, NY 10001


SIMPLEREACH INC
PO BOX 203823
DALLAS, TX 75320-3823


SIMRAN HANS
15 RECTORY ROAD
LONDON, N16 7QL
UNITED KINGDOM


SINGLETON LLC
80 FIELD POINT ROAD
GREENWICH, CT 06831


SIPA PRESS
59 BOULEVARD EXELMANS
75016 PARIS
FRANCE


SKYE PARROTT
660 SAINT MARKS AVENUE
BROOKLYN, NY 11216


SOCIETY MODEL MANAGEMENT
127 W 26TH STREET SUITE 502
NEW YORK, NY 10001

STANLEY JOHN MAY III
193 QUINCY STREET
BROOKLYN, NY 11216


STAS KOMAROVSKI INC
186 POWERS STREET
BROOKLYN, NY 11211


STEPHANIE SLATER


STEPHEN DUPONT


STEVEN BENTLEY
104-10 PINEGROVE AVENUE
JAMAICA, NY 11435


STEVEN EDELSTONE
53 MORGAN AVENUE
# 3L
BROOKLYN, NY 11237


STOUT, THOMAS & JOHNSON
477 MADISON AVENUE  15TH FLOOR
NEW YORK, NY 10022-5802


STREETERS USA
GREAT BOWERY INC
190 BOWERY
NEW YORK, NY 10012


STRONG POINT HOLDINGS
THASOU, 3, DADLAW HOUSE
1520, NICOSIA
CYPRUS


SUPPLY NY LLC
75 SOUTH 3RD STREET
BROOKLYN, NY 11249


SWITCH CREATIVE CORP
1666 79TH STREET CSWY
MIAMI BEACH, FL 33141

```
T. COLE RACHEL
C/O KICKSTARTER
58 KENT STREET
BROOKLYN, NY 11222


TARA SOLOMON INC
2056 W. CULLERTON
CHICAGO, IL 60608


TED MUEHLING INC
52 WHITE STREEET
NEW YORK, NY 10013


THE GATHERY
33 NASSAU AVENUE
BROOKLYN, NY 11222


THE HOOK STUDIOS LLC
80 RICHARDS STREET, SUITE 201
BROOKLYN, NY 11231


THIRD EYE COLLECTIVE LLC
C/O FORTE MANAGEMENT
170 VARICK STREET
NEW YORK, NY 10013


THOMAS GIDDINGS
50 EAST 1ST STREET , APT 19
NEW YORK, NY 10003


THREE Z PRINTING COMPANY
PO BOX 782878
PHILADELPHIA, PA 19178-2878


TOMORROW IS ANOTHER DAY
MOLTKESTRASSE 27A
D-50674
KOLN
GERMANY


TROUBLE BVBA
VLAMINGSTRAAT 4
8560 WEVELGEM
BELGUQUE
BELGIUM
```

TRUMAN PORTS
18 GOODWIN PLACE
APT #3R
BROOKLYN, NY 11221


TRUMP MODEL MANAGEMENT LL
725 FIFTH AVE., 26TH FLR
NEW YORK, NY 10022


UK LALALAND ARTISTS LTD
121 PROMENADE, GL50
1NW CHELTENHAM
UNITED KINGDOM


ULLA MODELS BRUSSEL
14 RUE DE L'AUTONOMIE
1070 BRUSSEL
BELGIUM


UNITED TALENT AGENCY LLC
9336 CIVIC CENTER DRIVE
BEVERLY HILLS, CA 90210


VAGA
111 BROADWAY SUITE 1006
NEW YORK, NY 10006


VANESSA BLACK
6 ST JOHNS LANE, 6TH FLOOR
NEW YORK, NY 10013


VELOCITY MADE GOOD
20 JAY STREET
SUITE 922
BROOKLYN, NY 11201


VERITEXT
PO BOX 71303
CHICAGO, IL 60694


VERSANT FUNDING LLC
2500 NORTH MILITARY TRAIL
SUITE 465
BOCA RATON, FL 33431

VNY MODEL MANAGEMENT
928 BROADWAY
SUITE 700
NEW YORK, NY 10010


VS PHOTOGRAPHY LLC
65 ROEBLING STREET #301
BROOKLYN, NY 11211


WALTER SCHUPFER MANAGMENT
401 BROADWAY, SUITE 1400
NEW YORK, NY 10013


WENZEL & CO INC
GREAT BOWERY INC
190 BOWERY
NEW YORK, NY 10012


WHITNEY MALLETT
1267 ATLANTIC AVENUE #2L
BROOKLYN, NY 11216


WILHELMINA INTERNATIONAL
300 PARK AVE SOUTH
2ND FLOOR
NEW YORK, NY 10010


WILLIAM SCHUBE
1329 W MARY ST
APARTMENT 203
AUSTIN, TX 78704


XY CONTENT
20 JAY STREET
# 420
BROOKLYN, NY 11201


ZSOFIA PAULIKOVICS
54 NEW PLACE SQUARE
SE16 2HW
LONDON
UNITED KINGDOM

# United States Bankruptcy Court
## Southern District of New York

In re    **Interview, Inc.** _____

Debtor(s)

Case No. _____

Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Interview, Inc.**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BMP Media Holdings, LLC**
**110 Greene Street**
**2nd Floor**
**New York, NY 10012**

**Brant Publications, Inc.**
**110 Greene Street**
**2nd Floor**
**New York, NY 10012**

☐ None [*Check if applicable*]

May 21, 2018
_____
Date

/s/ Sanford P. Rosen
_____
**Sanford P. Rosen (SR-4966)**
Signature of Attorney or Litigant
Counsel for    **Interview, Inc.**
**Rosen & Associates, P.C.**
**747 Third Avenue**
**Floor 20**
**New York, NY 10017-2803**
**(212) 223-1100 Fax:(212) 223-1102**
**srosen@rosenpc.com**