# KATSKY | KORINS LLP

MEMBERS OF THE FIRM

| | |
|---|---|
| ROBERT A. ABRAMS | NEIL S. MILLER |
| RANDOLPH AMENGUAL | STEVEN H. NEWMAN |
| SHIREEN ARANI | BARBARA LYNN PEDERSEN |
| NICHOLAS G. ARONS | ANN RYAN |
| MATTHEW DANOW | JEFFREY SNYDER |
| ELAN R. DOBBS | MERYL LYNN UNGER |
| DAVID L. KATSKY | MARCY L. WACHTEL |
| ADRIENNE B. KOCH | MARK WALFISH |
| EUGENE V. KOKOT | ARIEL WEINSTOCK |
| ROY M. KORINS | JOEL S. WEISS |
| DENNIS C. KRIEGER | ELIAS M. ZUCKERMAN |
| THOMAS M. LOPEZ | |

WRITER'S DIRECT DIAL |

WRITER'S DIRECT FAX |

WRITER'S EMAIL |

OUR REFERENCE |

August 6, 2018

**VIA EMAIL AND ECF**

The Honorable Mary Kay Vyskocil
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

    Re:    In re Interview, Inc., et al.
              Case No. 18-11514 (MKV)

Dear Judge Vyskocil:

    This firm is counsel for Baron & Baron, Inc. ("**B&B**") in the above referenced chapter 7 cases.

    Reference is made to the Court's order dated July 25, 2018 (ECF Docket No. 27), which authorized B&B to issue subpoenas and examine certain entities with respect to the Debtors' assets, liabilities and financial affairs. In accordance with the order, B&B issued subpoenas to Peter Brant, the Debtors, Singleton, LLC and Crystal Ball Media which, upon information and belief, are both insiders of the Debtors. Documents responsive to the subpoenas are due on September 20 from Crystal Ball and September 14 from all others, and depositions are scheduled for such persons on the following dates:

        Peter Brant on August 16, 2018
        Singleton, LLC on August 20, 2018
        Crystal Ball Media, LLC on August 27, 2018
        The three Debtors on August 21, 22 and 23rd

    On Friday, August 3rd, days after B&B served its subpoenas and gave written notice of its subpoenas and discovery dates to all interested parties, counsel for Salvatore LaMonica, the

KATSKY | KORINS LLP

The Honorable Mary Kay Vyskocil
August 6, 2018
Page 2

chapter 7 trustee of the Debtors (the "**Trustee**"), filed a motion (the "**Sale Motion**") seeking to sell all of the assets of the Debtors to the insider Singleton, LLC on an expedited basis (ECF Docket No. 35). Specifically, the Trustee scheduled the objection deadline for August 21, 2018, the auction for August 27, 2018 and the hearing on the motion for August 28, 2018, which dates directly inhibit and conflict with our already scheduled discovery dates. For example, the deposition of Crystal Ball is scheduled for the same date as the auction and the depositions of Singleton and the Debtors are currently scheduled for August 20 – 23. Therefore, B&B will not have time to review documents and complete depositions prior to the deadline for written objections. Aside from the fact that the dates are scheduled to interfere with B&B's rights, the Sale Motion contemplates an expedited sale to an insider based on procedures that seem fundamentally improper and unreasonable given that, among other things, the sale is to an insider, no broker was retained to market the assets, the Sale Motion does not fully identify all of the Debtors assets and a data room was not set up on the date the Sale Motion was filed so other interested parties have an opportunity to understand what the Trustee is purporting to sell.

We contacted the counsel for Trustee on Friday, August 3rd to request that the Trustee agree to reschedule the Sale Motion, but the Trustee's counsel advised us this morning that the Trustee will not reschedule the Sale Motion.

Accordingly, B&B respectfully requests a conference or conference call with the Court for today, or as soon as is otherwise possible, to consider the request for an adjournment of the Sale Motion and address the scheduling matters related to the Sale Motion.

Respectfully yours,

Steven H. Newman

cc:    Jacqulyn S. Loftin, Esq. (via ECF)
       John Bae, Esq. (via ECF)

507207-1-W